IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA BLANGO | : CIVIL ACTION |
| | : |
| v. | : NO. 22-1487 |
| | : |
| CITY OF PHILADELPHIA, | : |
| CHRISTINE MCSHEA | : |

## ORDER

**AND NOW**, this 1st day of December 2022, upon considering Defendants' Motion for summary judgment (ECF Doc. No. 37), Plaintiff's Response (ECF Doc. No. 38), Defendants' Reply (ECF Doc. No. 39), and for reasons in the accompanying Memorandum confirming there are no genuine issues of material fact and judgment is warranted as a matter of law, it is **ORDERED** Defendants' Motion (ECF Doc. No. 37) is **GRANTED** entering judgment in favor of Defendants and requiring the Clerk of Court to **close** this case.

_____
KEARNEY, J.