IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA BLANGO | : CIVIL ACTION |
| | : |
| v. | : NO. 22-1487 |
| | : |
| CITY OF PHILADELPHIA, CHRISTINE MCSHEA | : |

## ORDER

AND NOW, this 12th day of December 2022, upon noting Defendants unilaterally filed an Exhibit (ECF Doc. No. 49) under seal without an Order or demonstrating particularized harm from disclosure or good cause to preclude public access to a judicial document consistent with *In re: Avandia Mktg., Sales Practices and Products Liab. Litig.* 924 F.3d 662, 671-73 (3d Cir. 2019), and guided by Chief Judge Connolly's analysis in *In re: Application of Storag Etzel GmbH for an Order, Pursuant to 28 U.S.C. § 1782, to Obtain Discovery for Use in a Foreign Proceeding*, No. 19-mc-209-CFC, 2020 WL 2915781 (D.Del. June 3, 2020) *adopting except for the First Amendment analysis,* 2020 WL 2949742 (D.Del. Mar. 25, 2020), and mindful of our obligation to ensure public access, it is **ORDERED** Defendants shall, on or before **December 16, 2022** either: stipulate to the unsealing of the proposed Exhibit (ECF Doc. No. 49); or **show cause** in memoranda not exceeding ten pages on precluding public access to the proposed Exhibit on a line by line basis consistent with our Court of Appeals mandates and mindful we will lift the seal on information for which Defendants have not shown the requisite injury from disclosure.

KEARNEY, J.