IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA BLANGO | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-1487 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| CHRISTINE MCSHEA | : | |

## ORDER

AND NOW, this 13th day of December 2022, upon considering Defendants' Notice (ECF Doc. No. 51) responsive to our December 12, 2022 Order (ECF Doc. No. 50), and noting Defendants do not object to the unsealing of the Exhibit (ECF Doc. No. 49), it is **ORDERED** the Clerk of Court shall **UNSEAL** Defendants' Exhibit (ECF Doc. No. 49).

KEARNEY, J.