IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Tanya Blango<br>            Plaintiff,<br><br>    v.<br><br>City of Philadelphia and Christine McShea<br>            Defendants. | CIVIL ACTION<br><br>Case No. 2:22-cv-01487 |

## NOTICE OF WITHDRAWAL OF BILL OF COSTS

Defendants, City of Philadelphia and Christine McShea ("Defendants") hereby file this Notice of Withdrawal of Bill of Costs. Defendants state further:

1. In this employment action, Tanya Blango ("Plaintiff") alleged that Defendants discriminated against her on the basis of her race.

2. On December 1, 2022, the Court granted Defendants' motion for summary judgment and entered judgment in Defendants' favor. (See ECF Nos. 46, 47.)

3. On December 9, 2022, Defendants filed a Bill of Costs (ECF No. 48). As the prevailing party, Defendants requested the Court award $4,423.78 in costs.

4. Plaintiff and Defendants, through counsel, have reached an agreement and Defendants are no longer seeking to recover costs.

5. Accordingly, Defendants hereby notify the Court that they are withdrawing their Bill of Costs (ECF No. 48).

WHEREFORE, Defendants City of Philadelphia and Christine McShea respectfully requests that this Court accept the foregoing withdrawal of Defendants' Bill of Costs.

                                              Respectfully submitted,

                                              **PIETRAGALLO GORDON ALFANO BOSICK AND RASPANTI, LLP**

By:    */s/ Mark T. Sottile*
        Mark T. Sottile (312555)
        1818 Market Street, Suite 3402
        Philadelphia, PA 19103
        (215) 320-6200
        MTS@pietragallo.com

Date: July 13, 2023                *Counsel for Defendants, City of Philadelphia and Christine McShea*