**CERTIFICATE OF SERVICE**

     I, Mark T. Sottile, Esquire hereby certify that on this 13th day of June 2023, a true and correct copy of the foregoing Notice of Withdrawal of Bill of Costs was served via ECF upon all parties of record.

                                            */s/ Mark T. Sottile*
                                            Mark T. Sottile, Esquire